IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RENDER FULLER,<br><br>                Plaintiff,<br><br>vs.<br><br>MONTANA RAIL LINK,<br><br>                Defendant. | CV 21–151–M–DLC–KLD<br><br><br>ORDER |

Before the Court is the Parties' Stipulation For Dismissal With Prejudice. (Doc. 18.) The parties have stipulated to dismiss the above-captioned matter on with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure because the parties have settled the claims alleged in the lawsuit, with each party to bear its own costs and fees. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

DATED this 31st day of August, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1